**Hobart JOHNSON, Appellant,**

v.

**Jack SURBER, Appellee.**

Court of Appeals of Kentucky.

May 29, 1958.

Glenn H. Stephens, Williamsburg, for appellant.

G. G. Teague, Jr., C. B. Upton, Williamsburg, for appellee.

PER CURIAM.

Hobart Johnson has filed a motion for an appeal from a judgment in the sum of $1,000 in favor of Jack Surber. On consideration of the record and briefs, no reversible error has been found.

The motion is overruled and the judgment is affirmed.